AO245B(Rev 02/16) Judgment in a Criminal Case                                                    Judgment Page 2 of 8

DEFENDANT: LIANE ELLSWORTH
CASE NUMBER: 8:18CR88-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **seventy-eight (78) months.**

☒ The Court makes the following recommendations to the Bureau of Prisons:

1. That the defendant be allowed to participate in the Residential Drug Treatment Program or any similar drug treatment program available.
2. That the defendant be incarcerated in a federal facility as close as possible to South Bend, Indiana.
3. Defendant should be given credit for time served.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant was delivered on __2-5-2019__ to __FCI GRE__
at __Greenville, IL__, with a certified copy of this judgment.

T.G. Worlich
Warden UNITED STATES MARSHAL

BY: S. Todd
DEPUTY UNITED STATES MARSHAL
CSO